

## NUMBER 13-17-00206-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MIGUEL ANGEL BEACH,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

On appeal from the 139th District Court
of Hidalgo County, Texas.

## ORDER TO FILE BRIEF

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Order Per Curiam**

This cause is before the Court on the State's third motion for extension of time to file the brief in this matter. The State's brief in this matter was originally due on April 2, 2018. The State has previously requested and received one extension of time to file the brief.

The Court, having fully examined and considered the extension previously granted in this cause, is of the opinion that the State's motion for extension of time should be granted with order.

Accordingly, we GRANT the State's third motion for extension of time and ORDER the State to file the brief on or before August 16, 2018. No further extensions will be granted absent exigent circumstances.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of July, 2018.

2